```
1   RONALD H. ROUDA, ESQ. (SBN 29945)
    ROUDA, FEDER, TIETJEN & McGUINN
2   44 Montgomery Street, Suite 4000
3   San Francisco, California 94104
    Telephone: 415-398-5398
4   Facsimile: 415-398-8169
5
    JAMES S. GOTTESMAN, ESQ. (SBN 129827)
6   LAW OFFICES OF ROBERT S. GOTTESMAN
7   14 Scott Place
    Greenbrae, California 94904
8   Telephone: 415-461-8604
    Facsimile: 415-869-3705
9
10  Attorneys for Plaintiff
    MARILYN BETH DAHL
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MARILYN BETH DAHL, | CASE NO. CV 12-1231 (CRB) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO REMAND CASE TO MARIN COUNTY SUPERIOR COURT; ORDER** |
| MACERICH; HOWARD S. WRIGHT; THE MALL AT NORTHGATE; DOES 1-20, | |
| Defendants. | Removed from State Court: March 12, 2012 |

Plaintiff Marilyn Beth Dahl and defendants Macerich, Howard S. Wright, and The Mall at Northgate, by and through their respective counsel, hereby agree and stipulate as follows:

-1-
STIPULATION TO REMAND CASE TO MARIN COUNTY SUPERIOR COURT; ORDER
{W0316598.DOC}

# STIPULATION

1. On January 5, 2011, plaintiff commenced an action in the Superior Court of California in and for the County of Marin titled Marilyn Beth Dahl v. Macerich, Howard S. Wright, and The Mall at Northgate as Case No. CIV 11-00047.

2. On March 6, 2012, plaintiff filed a first amended complaint alleging premises liability, general negligence, and negligence per se based on violations of the Americans with Disabilities Act (ADA), the California Disabled Persons Act (California Civil Code § 54 et seq.), the Unruh Civil Rights Act (California Civil Code § 51 et seq.), and the California Building Code.

3. On March 12, 2012, defendants removed the case to federal court, claiming jurisdiction was proper because plaintiff's cause of action for an alleged violation of the ADA arises under federal law.

4. Plaintiff has agreed to dismiss her cause of action under the ADA, with prejudice.

5. Therefore, the parties stipulate that upon the Court's dismissal of plaintiff's ADA cause of action with prejudice, this action should immediately be remanded to the Marin County Superior Court because this Court lacks subject-matter jurisdiction.

6. Each party shall bear her/his/its own attorneys fees and costs with respect to the removal and subsequent remand of this action in accordance with this Stipulation and Order.

7. This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case should be taken off the Court's calendar.

DATED: May 21, 2012          ROUDA, FEDER, TIETJEN & MCGUINN


By: /s/ Ronald H. Rouda
_____
RONALD H. ROUDA
Attorneys for Plaintiff

-2-
STIPULATION TO REMAND CASE TO MARIN COUNTY SUPERIOR COURT; ORDER
{W0316598.DOC}

DATED: May 21, 2012                    WATT, TIEDER, HOFFAR & FITZGERALD

                                       By: /s/ Nicholas A. Merrell
                                       _____
                                       NICHOLAS A. MERRELL
                                       Attorneys for Defendants

# ORDER

Good cause appearing, it is ordered that:

1. Plaintiff's cause of action for alleged violations of the Americans with Disabilities Act is hereby dismissed with prejudice.

2. This action is hereby remanded to the Marin County Superior Court;

3. Each party shall bear her/his/its own attorneys fees and costs with respect to the removal and subsequent remand of this action;

4. This Order moots all pending motions before this Court, and all pending deadlines and hearings in this case shall be taken off the Court's calendar;

Dated: May 29, 2012



Charles R. Breyer
United States District Judge

-4-

STIPULATION TO REMAND CASE TO MARIN COUNTY SUPERIOR COURT; ORDER
{W0316598.DOC}

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to the following CM/ECF participants:

Bennett J. Lee, Esq.
Ben Patrick, Esq.
Nicholas A. Merrell, Esq.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA  94104
Tel: (415) 623-7000
Fax: (415) 623-7001
(Attorneys for Defendants)

James S. Gottesman, Esq.
Law offices of Robert S. Gottesman
14 Scott Place
Greenbrae, CA  94904
Tel: (415) 461-8604
Fax: (415) 869-3705
(Co-Counsel for Plaintiff)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Dolores Polk

Dolores Polk

{W0316598.DOC}